UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| Austin Alexander, | ) |
| | ) Case No.: 1:23-cv-73-GNS |
| Plaintiff, | ) |
| | ) Chief District Judge Greg N. Stivers |
| v. | ) |
| | ) |
| Commonwealth Health | ) |
| Corporation, Inc. d/b/a Hillcrest | ) |
| Credit Agency, | ) |
| | ) |
| Defendant. | ) |

## Order

Defendant Commonwealth Health Corporation, Inc. d/b/a Hillcrest Credit Agency ("Hillcrest") having filed its motion to dismiss plaintiff Austin Alexander's complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6), the Court having considered said motion, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that all claims of plaintiff Austin Alexander against Hillcrest are dismissed with prejudice and this matter shall remain on the Court's docket for such further relief as may be warranted.