## UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

| | |
|---|---|
| Austin Alexander<br>    *Plaintiff*<br><br>v.<br><br>Hillcrest Credit Agency, *assumed name for*<br>Commonwealth Health Corp., Inc.<br>    *Defendant* | Case No.   1:23-cv-00073-GNS |

## ORDER DISMISSING WITH PREJUDICE

Plaintiff Austin Alexander and Defendant Hillcrest Credit Agency, *assumed name for* Commonwealth Health Corp., Inc., having jointly stipulated that this case be dismissed with prejudice as to all claims against Hillcrest Credit Agency, *assumed name for* Commonwealth Health Corp., Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Austin Alexander's claims against Defendant Hillcrest Credit Agency, *assumed name for* Commonwealth Health Corp., Inc. in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees.

APPROVED BY:

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com
*Counsel for Plaintiff*
*Austin Alexander*

/s/ John H. Dwyer, Jr. (by permission)
John H. Dwyer, Jr.
*Wilson Elser Moskowitz Edelman .*
    *& Dicker, LLP*
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Tel: (502) 238-8500
E-mail: john.dwyerjr@wilsonelser.com
*Counsel for Defendant*
*Hillcrest Credit Agency, assumed name*
*for Commonwealth Health Corp, Inc.*