UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

| | |
|---|---|
| Austin Alexander<br>    *Plaintiff*<br><br>v.<br><br>Hillcrest Credit Agency, *assumed name for*<br>Commonwealth Health Corp., Inc.<br>    *Defendant* | Case No.   1:23-cv-00073-GNS |

### ORDER DISMISSING WITH PREJUDICE

Plaintiff Austin Alexander and Defendant Hillcrest Credit Agency, *assumed name for* Commonwealth Health Corp., Inc., having jointly stipulated that this case be dismissed with prejudice as to all claims against Hillcrest Credit Agency, *assumed name for* Commonwealth Health Corp., Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Austin Alexander's claims against Defendant Hillcrest Credit Agency, *assumed name for* Commonwealth Health Corp., Inc. in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees.

Greg N. Stivers, Chief Judge
United States District Court

July 24, 2023

APPROVED BY:

| | |
|---|---|
| /s/ James H. Lawson | /s/ John H. Dwyer, Jr. (by permission) |
| James H. Lawson | John H. Dwyer, Jr. |
| *Lawson at Law, PLLC* | *Wilson Elser Moskowitz Edelman .* |
| P.O. Box 1286 | *     & Dicker, LLP* |
| Shelbyville, KY 40066 | 100 Mallard Creek Road, Suite 250 |
| Tel: (502) 473-6525 | Louisville, KY 40207 |
| Fax: (502) 473-6561 | Tel: (502) 238-8500 |
| E-mail: james@lawsonatlaw.com | E-mail: john.dwyerjr@wilsonelser.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Austin Alexander* | *Hillcrest Credit Agency, assumed name for Commonwealth Health Corp, Inc.* |